## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON  DIVISION

| | | |
|---|---|---|
| **TITAN ATLAS MANUFACTURING, INC., ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:11CV00012 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FRANK A. SISK, ET AL.,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

Upon consideration of Defendants' Objections (ECF No. 79) to the Report and Recommendation of the magistrate judge filed August 22, 2011 (ECF No. 78), no further objections having been timely filed, it is **ORDERED** as followed:

1.  The Objections are OVERRULED;

2.  The Report and Recommendation is ACCEPTED; and

3.  Defendants' Motion to Dismiss, Stay or Transfer (ECF No. 26) is GRANTED IN PART AND DENIED IN PART, in accord with the Report and Recommendation.

ENTER:   September 9, 2011

/s/  James P. Jones
United States District Judge