IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| TITAN ATLAS MANUFACTURING, INC., *et al.* | ) ) | |
| Plaintiffs | ) ) | Docket No. 1:11cv00012 |
| | ) | Docket No. 1:11cv00068 |
| v. | ) ) | |
| FRANK A. SISK, *et al.* | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on the following motions:

1. Motion To File Exhibits Under Seal, (Docket Item No. 205), filed by Precision Mine Repair, ("PMR");

2. Motion To File Exhibits Under Seal, (Docket Item No. 211), filed by Frank Sisk and PMR; and

3. Plaintiff Strata Mine Services, LLC's Motion To Seal Documents In Connection With Motion For Summary Judgment.

Based on the arguments and representations of the parties contained in the motions, the motions are **taken under advisement** and the various exhibits are ordered to be filed under seal.

It is **FURTHER ORDERED** that, by no later than October 8, 2012, the party who designated the exhibit as "CONFIDENTIAL" or "CONFIDENTIAL ATTORNEY'S EYES ONLY" under the terms of the court's July 9, 2011, Protective Order shall notify the court whether the party will remove the confidential designation from the exhibit and allow it to be filed **not under seal.** If the party is not willing to remove the designation, it shall inform the court

whether the information it seeks to continue to protect is expected to be presented into evidence at the November 5-9 trial of this matter.

ENTERED this 1st day of October, 2012.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE